INDEPENDENT ELECTRIC LIGHTING CORP., Respondent, *v.* LIPSAM CORPORATION, Appellant.

Submitted October 2, 1950; decided October 5, 1950.

*Louis J. Paley* and *Harold J. Robbins* for motion.
*William Klein, Milton R. Weir* and *Adolph Lund* opposed.

Motion dismissed for want of jurisdiction, with $10 costs and necessary printing disbursements.